Certificate Number: 05781-AZ-DE-041633921

Bankruptcy Case Number: 26-09412

05781-AZ-DE-041633921

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on November 3, 2026, at 9:57 o'clock AM PST, Michael Obrien completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the District of Arizona.

Date: November 3, 2026

By: /s/Allison M Geving

Name: Allison M Geving

Title: President